IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OPRIS, et al., <br><br>            Plaintiffs, <br><br> v. <br><br> SINCERA REPRODUCTIVE MEDICINE, formerly known as and operating as ABINGTON REPRODUCTIVE MEDICINE, P.C., <br><br>            Defendant. | CIVIL ACTION <br> NO. 21-3072 |

## ORDER

**AND NOW**, this 23rd day of May 2022, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 17), Plaintiffs' Response in Opposition (Doc. No. 20), Defendant's Reply (Doc. No. 22), and in accordance with the Opinion of the Court issued on this date, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 17) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion to Dismiss Counts I, II, III and IV of the Amended Complaint (Doc. No. 15) is **DENIED**.

2. Defendant's Motion to Dismiss the negligence per se claim in Count I based only on HIPAA is **GRANTED**.

3. Defendant shall file an Answer to Plaintiffs' Amended Complaint (Doc. No. 15) within 21 days of the date of this Order.

BY THE COURT:


/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.