IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OPRIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SINCERA REPRODUCTIVE MEDICINE, <br><br> Defendant. | CIVIL ACTION <br> NO. 21-3072 |

## **ORDER**

**AND NOW**, this 10th day of July 2023, upon consideration of the Plaintiffs' Unopposed Motion for Award of Attorneys' Fees, Costs, and Service Awards to Representative Plaintiffs (Doc. No. 62), it is **ORDERED** that the Motion (Doc. No. 62) is **GRANTED**. In accordance with the terms of the Settlement Agreement, Defendant shall pay: (1) an award totaling $400,000 for attorneys' fees, costs, and expenses and (2) service awards totaling $8,000 to the Representative Plaintiffs.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.