UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMONA OPRIS, ADRIAN ADAM, and BRITNEY RICHARDSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SINCERA REPRODUCTIVE MEDICINE, formerly known as and operating as ABINGTON REPRODUCTIVE MEDICINE, P.C., also known as REGIONAL WOMENS HEALTH GROUP, LLC, d/b/a/ SINCERA REPRODUCTIVE MEDICINE<br><br>Defendant. | Case No.: 2:21-cv-03072-JHS |

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Through their undersigned counsel, Plaintiffs Simona Opris, Adrian Adam, and Britney Richardson, (collectively, Plaintiffs) respectfully move this Court for Final Approval of Class Action Settlement that this Court preliminarily approved in its Order dated March 2, 2023. (ECF No. 61). In support of this Motion, Plaintiffs refer the Court to the attached memorandum of law and the Joint Declaration of Kelly K. Iverson and Kenneth J. Grunfeld and the related exhibits.

Dated: July 24, 2023.                    Respectfully Submitted,

/s/Kenneth J. Grunfeld
**KENNETH J. GRUNFELD, ESQUIRE**
**GOLOMB SPIRT GRUNFELD P.C.**
1835 Market Street, Suite 2900
Philadelphia, Pennsylvania 19103
Telephone: (215) 346-7338
Facsimile: (215) 985-4169
KGrunfeld@GolombLegal.Com

/s/Kelly K. Iverson
Gary F. Lynch, Esquire

                Kelly K. Iverson, Esquire
                Patrick D. Donathen, Esquire
                **LYNCH CARPENTER, LLP**
                1133 Penn Ave., 5th Floor
                Pittsburgh, Pennsylvania 15222
                Telephone: (412) 322-9243
                Facsimile: (412) 231-0246
                gary@lcllp.com
                kelly@lcllp.com
                patrick@lcllp.com

                *Counsel for Plaintiffs and the Settlement Class*